UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| ESTATE OF HELEN TABOR, by and through MARIE O'BRIEN, Administratrix, and on behalf of the Wrongful Death Beneficiaries | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 5:11-cv-00203-TBR<br>) |
| ATRIUM CENTERS MANAGEMENT, LLC, ORION SALEM, LLC, AND ROBERT BRILEY | )<br>)<br>)<br>) |
| Defendants, | ) |

## AGREED ORDER OF DISMISSAL

Plaintiff, Estate of Helen Tabor, by and through Marie O'Brien, Administratrix, and on behalf of the Wrongful Death Beneficiaries, and Defendants, Atrium Centers Management, LLC, Orion Salem, LLC, also known as Salem Springlake Health & Rehabilitation Center, and Robert Briley, having resolved their respective claims, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that all of Plaintiff's claims against Defendants, Atrium Centers Management, LLC, Orion Salem, LLC, also known as Salem Springlake Health & Rehabilitation Center, and Robert Briley, be, and hereby are, **DISMISSED**, with prejudice. Each party is to bear their own respective costs.

This is a final and appealable Order, and there being no just cause for delay.

HAVE SEEN AND AGREED TO:


_/s/ *James McHugh (with permission)*_
James McHugh, Esq.
Michael J. Fuller, Jr., Esq.
Amy J. Quezon, Esq.
A. Lance Reins, Esq.
McHUGH FULLER LAW GROUP
97 Elias Whiddon Road
Hattiesburg, MS 39402
jim@mchughfuller.com
mike@mchughfuller.com
*Counsel for Plaintiff*


_/s/ *Craig L. Johnson*_
Craig L. Johnson
WHONSETLER & JOHNSON, PLLC
11901 Brinley Avenue
Louisville, KY 40243
(502) 895-2297
johnson@whonsetler.com
*Counsel for Defendants, Atrium Centers Management, LLC, Orion Salem, LLC, and Robert Briley*